# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Matthew Patrick Murray**,** | 16-32641 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #24)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on October 13, 2017.

Dated: October 16, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of Matthew Patrick Murray**,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- Tarek M Khalil     ndil@geracilaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David M Lulkin     ndil@geracilaw.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

## MANUAL SERVICE LIST

Quantum3 Group Llc As Agent For
Moma Funding Llc
Po Box 788
Kirkland, Wa 98083-0788

Pyod, Llc Its Successors And Assigns As Assignee
Of Citibank, N.A.
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602

Matthew Patrick Murray
23759 S HIGHLAND DR
MANHATTAN, IL  60442